UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY KIMMEL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:13-CV-01356-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Based on the parties' stipulated motion to reverse and remand the case for further administrative proceedings, Dkt. 18, the Court recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Court recommends that on remand, the administrative law judge ("ALJ") will update the medical record; determine whether plaintiff's impairment meets, medically equals, or functionally equals a listing; further evaluate the opinion evidence from Richard Mauseth, M.D., Exhibits 9F and 14F; further evaluate the subjective complaints of plaintiff's mother; offer plaintiff the opportunity for a new hearing; and, issue a new decision.

The parties stipulate plaintiff is entitled to reasonable attorney fees and costs under 28 U.S.C. § 2412, upon proper request to this Court. Because the parties have stipulated that the case

REPORT AND RECOMMENDATION - 1

be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation. The Clerk should note the matter for February 5, 2014, as ready for Judge Zilly's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 5th day of February, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2