

13-CR-01356-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY KIMMEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:13-CV-01356-TSZ<br><br>**ORDER REMANDING THE MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court having considered the record, **GRANTS** the parties' stipulated motion to remand the matter, Dkt. 18, and **ORDERS** that this case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge ("ALJ") will:

(1) Update the medical record;

(2) Determine whether plaintiff's impairment meets, medically equals, or functionally equals a listing;

(3) Further evaluate the opinion evidence from Richard Mauseth, M.D., Exhibits 9F and 14F;

(4) Further evaluate the subjective complaints of plaintiff's mother;

(5) Offer plaintiff the opportunity for a new hearing;

(6) Issue a new decision; and

(7) Upon proper presentation, this Court will consider plaintiff's application for reasonable attorney's fees and costs under 28 U.S.C. § 2412.

DATED this 7th day of Feb 2014.

THOMAS S. ZILLY
United States District Judge
ORDER REMANDING THE MATTER FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2